FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 04, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JODIANNE WAGNER,<br><br>                Plaintiff,<br><br>   v.<br><br>COUNTY OF SPOKANE, a public entity; DANIEL MOMAN, an individual; SAMUEL TURNER, an individual; MARK BENNER, an individual; ANDRIA UNDERWOOD, an individual; and LAURA GARR, an individual also known as Laura Serghini,<br><br>                Defendants. | NO: 2:19-CV-40-RMP<br><br>PROTECTIVE ORDER |

      The Court, having considered the parties' stipulation and joint motion, **ECF No. 23**, finds good cause to **GRANT** the motion and to enter a protective order permitting the disclosure of privileged and/or confidential information about Plaintiff that is in the possession of Department of Youth and Family Services, upon the following terms and conditions:

PROTECTIVE ORDER ~ 1

- that counsel for the parties and Plaintiff pro se shall only disclose or disseminate any confidential information produced by the parties for purposes reasonably necessary for the prosecution of the underlying litigation and appeals, if any;

- that any individual who receives confidential information must agree in writing to not further disclose or disseminate the records or information received;

- that if a party seeks to file any confidential information, that party must either (1) redact the confidential information or (2) attempt to obtain an order to file the protected third-party information under seal; and

- that at the conclusion of the proceedings in this action, including any appeal, the parties must destroy and purge all privileged and/or confidential documents and information produced by the agencies, except as necessary to maintain the integrity of litigation files.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order and provide copies to counsel.

**DATED** December 4, 2019.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

PROTECTIVE ORDER ~ 2