# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 09, 2020**

SEAN F. McAVOY, CLERK

JODIANNE WAGNER,

*Plaintiff*

v.

COUNTY OF SPOKANE, a public entity; DANIEL MOMAN, an individual; SAMUEL TURNER, an individual; MARK BENNER, an individual; ANDRIA UNDERWOOD, an individual; and LAURA GARR...

*Defendant*

Civil Action No. 2:19-CV-40-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendants Garr and Underwood's Motion for and Memorandum in Support of Summary Judgment, ECF No. 35, is GRANTED. Defendants County of Spokane, Moman, Turner, and Benner's Motion and Memorandum of Authorities Supporting Summary Judgment Dismissal, ECF No. 47, is GRANTED. Judgment is entered for all Defendants on all claims.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson on Motions in Support of Summary Judgment and Dismissal (ECF Nos. 35 and 47).

Date: 12/9/2020

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lennie Rasmussen
*(By) Deputy Clerk*
Lennie Rasmussen